1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10   CHRISTOPHER JONES,                        Civil No.    09cv1896-JM (POR)

11                              Petitioner,
                                              **REPORT & RECOMMENDATION**
12                                            **ORDER (1) DENYING RESPONDENT'S**
                                              **MOTION TO DISMISS WITHOUT**
13                 v.                          **PREJUDICE; AND (2) DENYING**
                                              **PETITIONER'S MOTION TO AMEND**
14   DOMINGO URIBE, JR., *Warden*,             **WITHOUT PREJUDICE**

15                                            **[ECF No. 23]**
                               Respondent.
16                                            **[ECF No. 38]**

17

18        On August 28, 2009, Petitioner Christopher Jones ("Petitioner"), a state prisoner proceeding

19   *pro se*, filed a Petition for Writ of Habeas Corpus.  (ECF No. 1.)  On September 30, 2010,

20   Respondent filed a Motion to Dismiss and lodged voluminous medical records pertaining to

21   Petitioner's mental health condition from November 9, 1997 to August 28, 2009. (ECF No. 23.)  On

22   October 13, 2010, while Respondent's Motion to Dismiss was pending before the Court, Petitioner

23   filed a Motion for the Appointment of Counsel.  (ECF No. 25.)  Based on Petitioner's long history of

24   psychiatric disorders and the circumstances of this case, the Court granted Petitioner's motion.

25   Accordingly, the Court hereby RECOMMENDS:

26        1.    Respondent's Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus be

27              **DENIED** without prejudice.  (ECF No. 23.)

28        2.    Petitioner's Motion to Amend his Petition for Writ of Habeas Corpus be **DENIED**

1    without prejudice.  (ECF No. 38.)

2         The Court has appointed Federal Defenders to represent Petitioner.  Based thereon, the Court

3    finds the denial of the above two motions without prejudice appropriate at this time.  New counsel

4    shall review the pleadings and make motions as appropriate.  Respondent may refile any motions as

5    appropriate.

6         IT IS SO ORDERED.

7    DATED:  April 11, 2011

8
                                          _____
9                                         LOUISA S PORTER
                                          United States Magistrate Judge
10

11   cc          The Honorable Jeffrey T. Miller
                 All parties
12
                 Frank Mangan and Steve Hubacheck
13               c/o Federal Defenders of San Diego
                 225 Broadway, Suite  900
14               San Diego, CA 92101

15

16

17

18

19

20

21

22

23

24

25

26

27

28