# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER JONES, | CASE NO. 09cv1896 JM(POR) |
|---|---|
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Having carefully considered Magistrate Judge Porter's Report and Recommendation Denying Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus without prejudice and Denying Petitioner's Motion to Amend the Petition ("R&R"), the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety. (Ct. Dkt. 23, 38).

In sum, the R & R is adopted in its entirety and the motion to dismiss is denied without prejudice and the motion to amend is denied without prejudice.

**IT IS SO ORDERED.**

DATED: July 26, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

- 1 -

01cv0872