UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>                          Petitioner,<br><br>v.<br><br>MATTHEW CATE,<br><br>                          Respondent. | Case No.:  09-cv-01896-JM (RNB)<br><br>**SCHEDULING ORDER GOVERNING EVIDENTIARY HEARING** |

On June 26, 2018, the Court held a Status Conference in the above-entitled matter. After consulting the attorneys of record for the parties and being advised of the status of the case, **IT IS HEREBY ORDERED**:

    1.    Petitioner shall apprise Respondent in writing of the witnesses Petitioner anticipates calling at the evidentiary hearing no later than **July 3, 2018**.

    2.    Respondent shall designate in writing the expert witnesses Respondent anticipates calling at the evidentiary hearing (as well as all other witnesses Respondent anticipates calling at the evidentiary hearing) no later than **August 14, 2018**.

    3.    The parties shall exchange expert reports no later than **September 14, 2018**.

    4.    All depositions of percipient and expert witnesses shall be completed by all parties no later than **October 15, 2018**.

| | |
|---|---|
| 1 |      5.     A Status Conference shall be held on **October 16, 2018** at **2:00 p.m.** for the |
| 2 | purpose of scheduling the evidentiary hearing. The Status Conference shall be conducted |
| 3 | in the chambers of the Honorable Robert N. Block, United States Magistrate Judge, U.S. |
| 4 | Courthouse, 333 West Broadway, Suite 1080, San Diego, California, 92101. **Counsel for** |
| 5 | **both parties shall appear in person**. |
| 6 |      6.     Respondent shall provide Petitioner's counsel with a proposed protective |
| 7 | order, *see Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003), no later than **June 28, 2018**. |
| 8 | The parties shall lodge an agreed upon protective order with Judge Block at |
| 9 | efile_Block@casd.uscourts.gov no later than **July 2, 2018**. |
| 10 |      IT IS SO ORDERED. |
| 11 | Dated: June 26, 2018 |

_____
ROBERT N. BLOCK
United States Magistrate Judge