

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Jones | Civil Action No. 09-cv-01896-JM-MSB |
| **Plaintiff,** | |
| V. | |
| Matthew Cate, Secretary | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Amended Petition for Writ of Habeas Corpus is Denied as to Claim Two and Granted as to Claim One.

Date:   10/20/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy